IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CASE NO. 2:19-cr-00576-ACA-HNJ |
| ) | |
| EARNEST LEE COLEMAN and ) | |
| TASHANA LYNN SIMS, ) | |
| ) | |
| DEFENDANT. ) | |

## **DEFENDANT'S OBJECTION TO PRESENTENCE INVESTIGATION REPORT**

COMES NOW, Earnest Coleman, by and through his undersigned counsel and for his objection to the presentence investigation report states:

1. Probation Officer Reese is to be commended for the thoroughness of the presentence investigation report. Her thoroughness is impressive in light of the difficult and limited communication we were allowed to have with the Defendant due to the Covid 19 pandemic.

2. Defendant would object to paragraph 45: Specific Offense Characteristics. In that paragraph the offense level is increased by 4 points under USSG § 2K2.1(b)(6)(B) as the defendant possessed firearms in connection with another felony offense.

3. USSG § 2K2.1 Application Note 14 states this adjustment normally will apply when the other offense is a burglary or drug trafficking. In his proffer statement to the Assistant US Attorney and in his interview with the Probation Officer

Reese the Defendant stated that he would make fake pills with the pill press he had obtained an would take the pills and trade them to drug dealers for the drug he was addicted to, specifically heroin. He also stated that all the guns in his house belonged to his wife and co-defendant, Tashana Sims.

4. There was never any indication that drug dealers would come to Coleman's house where the guns belonging to his wife might be used in furtherance of a drug sale. The wife's attorney has given the government copies of invoices and sales tickets showing that all those guns were purchased in Sims' name or as a gift from a relative of Sims. The government is also in possession of videos made on cell phones in which Tasha Sims states that she loves to shoot guns. This has been her hobby for years. Mr. Coleman may have been in close proximity to his wife's guns but did not take them with him when he went to make his deals with his fake pills.

5. Therefore, the Defendant would request that the court take into consideration that the proximity of the weapons had nothing to do with Mr. Coleman's pill press operation and ruled that the four-level adjustment would be improper under these circumstances.

WHEREFORE, defendant hereby files his objection to the presentence investigation report and requests a hearing where the government would be

required to carry its burden to prove the conclusions justifying the four level adjustment in the presentence investigation report.

RESPECTFULLY SUBMITTED this the 30th day of April 2021.

    Respectfully submitted,

    **/s/Cynthia Umstead**
    **Cynthia Umstead**
    **Attorney for Defendant**
    **1027 23rd Street South**
    **Birmingham, Alabama 35205**
    **Telephone: (205) 320-1800**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of April 2021, I electronically filed the foregoing with the clerk of court using the CM/ECF system which will send notification of such filing to the following:

United States Attorney
Austin Shutt
Assistant United States Attorney
1801 4th Avenue North
Birmingham, Alabama 35203-2101

    **/s/Cynthia Umstead**
    **OF COUNSEL**